## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL STUDENT LEGAL
DEFENSE NETWORK,
1701 Rhode Island Ave. NW
Washington, DC 20036

*Plaintiff,*

v.

U.S. DEPARTMENT OF EDUCATION,
400 Maryland Avenue Southwest
Washington, DC 20202

*Defendant.*

Case No. 22-cv-3469

**COMPLAINT**

## INTRODUCTION

1.    Plaintiff National Student Legal Defense Network ("Student Defense")
brings this action against the United States Department of Education
("Department") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and
the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and
injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction over this action pursuant to 5 U.S.C.
§ 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.    Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and
28 U.S.C. § 1391(e).

4.     Because the Department has failed to comply with the applicable time-limit provisions of FOIA, Student Defense is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5.     Plaintiff Student Defense is a nonpartisan, non-profit organization incorporated in the District of Columbia. Student Defense's mission is to work, through a variety of means, to advance students' rights to educational opportunity and ensure that higher education provides a launching point for economic mobility. To further its mission, Student Defense gathers information—including through responses to FOIA requests submitted to government agencies—to inform the public via, *inter alia*, its website, social media, press releases and other comments to the media, and regulatory comments to government agencies.

6.     Defendant U.S. Department of Education is a department of the executive branch of the United States government headquartered in Washington, D.C. and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The Department has possession, custody, and control of the records that Student Defense seeks.

## STATEMENT OF FACTS

7.      Student Defense conducts extensive research and investigations into the Department's enforcement efforts and collection practices against student borrowers and institutions.

8.      Over the past year, Student Defense has continued its investigations into the Department's enforcement and oversight actions and has submitted several FOIA requests concerning recertifications, letters of credit, unpaid liabilities, Grad PLUS and Parent PLUS loans, bankruptcy settlements, and Office of Civil Rights enforcement.

9.      The requests submitted are relevant and important for advancing the public's understanding of the Department; however, Student Defense has not received responses to several of its FOIA requests.

10.      The Department's delay stands in stark contrast to the stated policy of the United States that the "[t]imely disclosure of records is … essential to the core purpose of FOIA," and that agencies should approach FOIA requests with a "presumption of openness." *See* U.S. Attorney General Merrick Garland, Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines at 1, 3–4 (March 15, 2022), https://www.justice.gov/ag/page/file/1483516/download.

**Student Defense's FOIA Requests: Recertifications**

11.      In order to participate in any Title IV, Higher Education Act (HEA) program, an institution must be certified as eligible by the Secretary. 34 CFR

§ 668.13. In order for an institution of higher education ("IHE") to be certified as eligible for Title IV programs, the Secretary must determine that the institution is eligible under 34 CFR § 668.8, and meets financial responsibility and administrative capacity standards. 34 CFR § 668, 34 CFR § 668.13(a), s*ee generally* §§ 600 *et seq.*

12.     If the Secretary determines an IHE is eligible, it will also determine the period of eligibility, which can be no longer than six years. 34 CFR §§ 668.13(b), 668.26. When the eligibility period expires, the IHE can apply for recertification to the Secretary to obtain eligibility for another time period. 34 CFR § 668.13(b). In the interim, the Secretary may certify a IHE as eligible on a month-to-month basis. *Id.*

**FOIA Recertifications Request 1: (Dec. 1, 2021 – Dec. 31, 2021)**

13.     On January 13, 2022, Student Defense submitted FOIA Request No. 22-01567-F for a listing of institutions that have been recertified to participate in Title IV.

14.     Specifically, Student Defense requested "a complete listing of all institutions that have been recertified as eligible to participate in Title IV, HEA programs since December 1, 2021 through December 31, 2021," and to include for each such school the following information:

- OPEID
- Institution Name
- State
- Institution Type
- Recertification Date
- Recertification Type

- Duration of New Certification
- Previous Recertification Date
- Previous Recertification Status

15.    On January 14, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-01567-F to the request.

16.    On March 14, 2022, Student Defense requested a status update, and the Department responded on March 28, 2022, stating that the request's status was "pending."

17.    Student Defense has not received any further communication from the Department regarding this request.

**FOIA Recertifications Request 2: (Mar. 1, 2022 – Mar. 31, 2022)**

18.    On April 19, 2022, Student Defense submitted FOIA Request No. 22-02544-F for a complete listing of institutions that have been recertified as eligible to participate in Title IV, HEA programs since March 1, 2022 through March 31, 2022. Other than the date range, this request requested the same information as FOIA Recertification Request 1.

19.    On April 20, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02544-F to the request.

20.    On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Recertifications Request 3: (Apr. 1, 2022 – Apr. 30, 2022)**

21.     On May 5, 2022, Student Defense submitted FOIA Request No. 22-02687-F for a complete listing of institutions that have been recertified as eligible to participate in Title IV, HEA programs from April 1, 2022 through April 30, 2022. Other than the date range, this request requested the same information as FOIA Recertification Requests 1 and 2.

22.     On May 6, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02687-F to the request.

23.     On September 27, 2022, Student Defense requested a status update and the Department responded on September 28, 2022, stating that the request's status was "pending."

24.     Student Defense has not received any further communication from the Department regarding this request.

**FOIA Recertifications Request 4: (May 1, 2022 – June 30, 2022)**

25.     On July 7, 2022, Student Defense submitted FOIA Request No. 22-03122-F for a complete listing of institutions that have been recertified as eligible to participate in Title IV, HEA programs from May 1, 2022 through June 30, 2022. Other than the date range, this request requested the same information as FOIA Recertifications Requests 1, 2, and 3.

26.     On July 8, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-03122-F to the request.

27.     On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Recertifications Request 5: (July 1, 2022 – July 31, 2022)**

28.     On August 2, 2022, Student Defense submitted FOIA Request No. 22-03292-F for a complete listing of institutions that have been recertified as eligible to participate in Title IV, HEA programs from July 1, 2022 through July 31, 2022. Other than the date range, this request requested the same information as FOIA Recertifications Requests 1, 2, 3, and 4.

29.     On August 3, 2022, the Department acknowledged receipt of the request and assigned tracking number 22-03292-F to the request.

30.     On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Recertifications Request 6: (Aug. 1, 2022 – Aug. 31, 2022)**

31.     On September 8, 2022, Student Defense submitted FOIA Request No. 22-03608-F for a complete listing of institutions that have been recertified as eligible to participate in Title IV, HEA programs from August 1, 2022 through

August 31, 2022. Other than the date range, this request requested the same information as FOIA Recertifications Requests 1, 2, 3, 4, and 5.

32.     On September 9, 2022, the Department acknowledged receipt of the request and assigned tracking number 22-03608-F to the request.

33.     On October 21, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**Student Defense's FOIA Requests: Letters of Credit**

34.     Under the HEA and Department regulations, institutions of higher education that fail to meet financial responsibility standards may be required to post a Letter of Credit ("LOC") or other surety to the Department to provide financial protection for the government. HEA § 498(a), 20 U.S.C. § 1099c(c)(3); 34 C.F.R § 668.175. A LOC can cover costs incurred by the federal government if a school closes and students become eligible to have their federal student loans forgiven.

**FOIA Letters of Credit Request 1: (Mar. 31, 2022)**

35.     On April 25, 2022, Student Defense submitted FOIA request No. 22-02589-F for the Department's records of all currently held LOCs.

36.     Specifically, Student Defense requested "a log, consisting of every letter of credit held by the Department as of March 31, 2022, that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs, including the following information:"

8

- OPEID
- Institution Name
- State
- Institution Type
- Institution Fiscal Year End Date
- LOC Request Date
- Reason LOC Requested
- LOC Received Date
- LOC Amount
- LOC Percent Requested
- Notes

37.     Student Defense also stated that it was aware that the Department has previously been able to provide such information publicly, such as the information on LOCs for Award Year 2018 currently available on the Department's website at https://studentaid.gov/sites/default/files/ay18-letters-of-credit.xls.

38.     On April 26, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02589-F to the request.

39.     On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Letters of Credit Request 2: (Apr. 30, 2022)**

40.     On May 5, 2022, Student Defense submitted FOIA request No. 22-02690-F, requesting that ED produce a log, consisting of every letter of credit held by the Department as of April 30, 2022, that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs. Other than the

date range, this request requested the same information as FOIA Letters of Credit Request 1.

41.     On May 6, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02690-F to the request.

42.     On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Letters of Credit Request 3: (June 30, 2022)**

43.     On July 7, 2022, Student Defense submitted FOIA request No. 22-03124-F, requesting that ED produce a log, consisting of every letter of credit held by the Department as of June 30, 2022, that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs. Other than the date range, this request requested the same information as FOIA Letters of Credit Requests 1, and 2.

44.     On July 8, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-03124-F to the request.

45.     On September 27, 2022, Student Defense requested a status update and the Department responded on September 29, 2022, stating that the request's status was "in progress."

46.     Student Defense has not received any further communication from the Department regarding this request.

**FOIA Letters of Credit Request 4: (July 31, 2022)**

47.     On August 2, 2022, Student Defense submitted FOIA request No. 22-03294-F, requesting that ED produce a log, consisting of every letter of credit held by the Department as of July 31, 2022, that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs. Other than the date range, this request requested the same information as FOIA Letters of Credit Requests 1, 2, and 3.

48.     On August 3, 2022, the Department acknowledged receipt of the request and assigned tracking number 22-03294-F to the request.

49.     On September 27, 2022, Student Defense requested a status update. and the Department responded on September 29, 2022, stating that the request's status was "under processing review."

50.     Student Defense has not received any further communication from the Department regarding this request.

**FOIA Letters of Credit Request 5: (Aug. 31, 2022)**

51.     On September 8, 2022, Student Defense submitted FOIA request 22-03610-F, requesting that ED produce a log, consisting of every letter of credit held by the Department as of August 31, 2022, that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs. Other than

the date range, this request requested the same information as FOIA Letters of Credit Requests 1, 2, 3, and 4.

52.     On September 9, 2022, the Department acknowledged receipt of the request and assigned tracking number 22-03610-F to the request.

53.     On October 21, 2022, Student Defense requested a status update and the Department responded on October 24, 2022, stating that the request's status was "pending." Student Defense has not received any further communication from the Department regarding this request.

**FOIA Letters of Credit Request 6: (Sept. 30, 2022)**

54.     On October 5, 2022, Student Defense submitted FOIA request 23-00059-F, requesting that ED produce a log, consisting of every letter of credit held by the Department as of September 30, 2022, that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs. Other than the date range, this request requested the same information as FOIA Letters of Credit Requests 1, 2, 3, 4, and 5.

55.     On October 6, 2022, the Department acknowledged receipt of the request and assigned tracking number 23-00059-F to the request.

56.     Student Defense has not received any further communication from the Department regarding this request.

**Student Defense's FOIA Requests: Unpaid Liabilities**

57.     When a school closes, some student borrowers become eligible to have their student loans discharged. 34 C.F.R § 662.402(d). The Department assesses

school liabilities equal to the loan funds discharged.[1] The Department may also assess liabilities against schools as an enforcement mechanism when schools fail to comply with Title IV eligibility requirements. *See generally* 34 C.F.R § 668.13.

58.     When the Department discharges student loans due to school misconduct but fails to recoup the costs from the institution, the burden falls on taxpayers and, often, the students themselves.

**FOIA Unpaid Liabilities Request 1: (Feb. 28, 2022)**

59.     On March 4, 2022, Student Defense submitted FOIA Request No. 22-02143-F for a list of all unpaid liabilities owed to the Department as of February 28, 2022.

60.     Specifically, Student Defense requested:

- "A complete listing of all institutions with unpaid liabilities stemming from closures or compliance and enforcement actions,

-  The amount of those liabilities; *and*

- The date on which the liabilities were assessed."

61.     On March 7, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02143-F to the request.

62.     On July 18, 2022, Student Defense requested a status update. The Department responded on July 19, 2022, stating that the request's status was in the

---

[1] Federal Student Aid, *Liabilities Associated with Closed School Discharges* (Nov. 25, 2019), https://ifap.ed.gov/electronic-announcements/112519liabilitiesassocclosedschooldischarges.

final review stages of processing, but the Department did not have a definitive release date.

63.    On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Unpaid Liabilities Request 2: (Mar. 31, 2022)**

64.    On April 19, 2022, Student Defense submitted FOIA request No. 22-02545-F for a list of all unpaid liabilities to the Department as of March 31, 2022. Other than the date range, this request requested the same information as FOIA Unpaid Liabilities Request 1.

65.    On April 20, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02545-F to the request.

66.    On July 18, 2022, Student Defense requested a status update. The Department responded on July 19, 2022, stating that the request's status was in the final review stages of processing, but the Department did not have a definitive release date.

67.    On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Unpaid Liabilities Request 3: (Apr. 30, 2022)**

68.     On May 5, 2022, Student Defense submitted FOIA request No. 22-02688-F for a list of all unpaid liabilities to the Department as of April 30, 2022. Other than the date range, this request requested the same information as FOIA Unpaid Liabilities Requests 1 and 2.

69.     On May 6, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-02688-F to the request.

70.     On July 18, 2022, Student Defense requested a status update. The Department responded on July 19, 2022, stating that the request's status was in the final review stages of processing, but the Department did not have a definitive release date.

71.     On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Unpaid Liabilities Request 4: (June 30, 2022)**

72.     On July 7, 2022, Student Defense submitted FOIA request No. 22-03125-F for a list of all unpaid liabilities to the Department as of June 30, 2022. Other than the date range, this request requested the same information as FOIA Unpaid Liabilities Requests 1, 2, and 3.

73.     On July 8, 2022, the Department acknowledged receipt of the request, stated that it forwarded the request "to the primary responsible office(s) for action," and assigned tracking number 22-03125-F to the request.

74.     On September 27, 2022, Student Defense requested a status update. The Department responded on September 29, 2022, stating that the request's status was "under final review." Student Defense has not received any further communication from the Department regarding this request.

**FOIA Unpaid Liabilities Request 5: (July 31, 2022)**

75.     On August 2, 2022, Student Defense submitted FOIA request No. 22-03296-F for a list of all unpaid liabilities to the Department as of July 31, 2022. Other than the date range, this request requested the same information as FOIA Unpaid Liabilities Requests 1, 2, 3, and 4.

76.     On August 3, 2022, the Department acknowledged receipt of the request and assigned tracking number 22-03296-F to the request.

77.     On September 27, 2022, Student Defense requested a status update. Student Defense has not received any further communication from the Department regarding this request.

**FOIA Unpaid Liabilities Request 6: (Aug. 31, 2022)**

78.     On September 8, 2022, Student Defense submitted FOIA request No. 22-03612-F for a list of all unpaid liabilities to the Department as of August 31, 2022. Other than the date range, this request requested the same information as FOIA Unpaid Liabilities Requests 1, 2, 3, 4, and 5.

79.     On September 9, 2022, the Department acknowledged receipt of the request and assigned tracking number 22-03612-F to the request.

80.     On October 21, 2022, Student Defense requested a status update and the Department responded on October 24, 2022, stating that the request's status was "pending." Student Defense has not received any further communication from the Department regarding this request.

**FOIA Unpaid Liabilities Request 7: (Sept. 30, 2022)**

81.     On October 5, 2022, Student Defense submitted FOIA request No. 23-00060-F for a list of all unpaid liabilities to the Department as of September 30, 2022. Other than the date range, this request requested the same information as FOIA Unpaid Liabilities Requests 1, 2, 3, 4, 5, and 6.

82.     On October 6, 2022, the Department acknowledged receipt of the request and assigned tracking number 23-00060-F to the request.

83.     Student Defense has not received any further communication from the Department regarding this request.

**Student Defense's FOIA Requests: Grad PLUS and Parent PLUS loans**

84.     There are two types of Direct PLUS loans: Grad PLUS and Parent PLUS loans. Grad PLUS loans are available to graduate and professional students to cover costs of attendance not covered by other financial aid or grants. The Department makes Parent PLUS loans available to eligible parents of students attending schools that participate in the William D. Ford Federal Direct Loan Program. To qualify for a Grad PLUS or Parent PLUS loan, applicants must not

17

have an adverse credit history, unless they are able to either get a co-signer who does not have an adverse credit history, or prove to the Department through an appeal process that there are extenuating circumstances relating to their adverse credit history. The Department publishes little data related to the success rate of the application process.

**FOIA Grad PLUS and Parent PLUS Loans Request 1**

85.    On August 26, 2021, Student Defense submitted FOIA Request No. 21-02640-F for records concerning Grad PLUS and Parent PLUS loans.

86.    Specifically, Student Defense requested:

- "The total number of recipients of Grad PLUS and Parent PLUS loans for each of the past five years.

- The total number of applicants for Grad PLUS and Parent PLUS loans, for each of the past five years, who were denied due to an adverse credit history.

- Of the Grad PLUS and Parent PLUS applicants who were denied due to an adverse credit history, the total number, for each of the past five years, who appealed denials on the basis of extenuating circumstances.

- Of the Grad PLUS and Parent PLUS applicants who appealed parent PLUS denials on the basis of extenuating circumstances, for each of the past five years, the total number who were successful in their appeal."

87.    On August 27, 2021, the Department acknowledged receipt of the request and assigned tracking number 21-02640-F to the request.

88.    On September 23, 2021, Student Defense responded to a question from the Department regarding the request clarifying that Student Defense wanted "for each element of the request, … the totals broken down by year."

89.    On October 28, 2021, December 30, 2021, February 7, 2022, March 21, 2022, and September 26, 2022, Student Defense requested status updates from the Department and received no responsive data and no timeline indicating when the Department would produce the requested information.

**Student Defense's FOIA Requests: Bankruptcy Settlements**

90.    On July 17, 2021, the *Washington Post* ran a story regarding the extent to which the Department has been contesting requests for student loan bankruptcy discharges filed as "adversary complaints" within an individual bankruptcy proceeding. *See* D. Douglas-Gabriel, Washington Post, *Education Dept. shows limits of pandemic relief by fighting borrowers in bankruptcy* (July 17, 2021). According to the report, the Department has agreed "to a stay of proceedings requested by the plaintiff in bankruptcy actions at least through the end of the pause on student loan payments."

**FOIA Bankruptcy Settlements Request 1**

91.     On July 20, 2021, Student Defense submitted FOIA Request No. 21-02268-F for records concerning bankruptcy settlements.

92.    Specifically, Student Defense requested:

- "All settlements or other final agreements reached with any student loan borrower who has filed an "adversary" complaint against the Department in bankruptcy. While Student Defense understands that certain information may not be disclosable under FOIA due to privacy concerns, in light of the fact that much information about individual borrowers is <u>already part of the public record</u> (due to the filing of the adversary complaint and associated pleadings), we specifically request that the Department narrowly tailor any redactions that it believes are necessary. This request can be limited to any agreements executed with a borrower between March 15, 2020 and present. We specifically request that the Department search the Office of the General Counsel (and the Division of Postsecondary Education within OGC) and the Litigation Support Team within Federal Student Aid.

- All communications during the month of July 2021 between or among the Office of the General Counsel, the Office of Federal Student Aid, the Office of the Undersecretary, the Office of the Secretary, the Office of Postsecondary Education, and the Office of Communications that use the word "bankruptcy" and refer to either the Washington Post ("Washington Post" or "WaPo" or "Post") or reporter Danielle Douglas-Gabriel."

93.     Student Defense also requested records describing the processing of this request, including records sufficient to identify search terms used (if any), the

locations and custodians searched, and any tracking sheets used. This includes any questionnaires, tracking sheets, emails, or certifications completed by, or sent to, ED or OIG personnel with respect to the processing of this request. This specifically includes communications or tracking mechanisms sent to, or kept by, individuals who are contacted in order to process this request.

94.    On July 26, 2021, the Department sent Student Defense an email noting that the "status of your FOIA request #21-02268-F has been updated to the following status 'In Process'".

95.    On August 17, 2021, the Department produced 11 pages of responsive documents as part of an interim production.

96.    Student Defense has not received any further communication from the Department regarding this request.

**Exhaustion of Administrative Remedies**

97.    As of the date of this complaint, the Department has failed to:

(a) notify Student Defense of any determination regarding FOIA Requests Nos.

### Recertifications

- 22-01567-F
- 22-02544-F
- 22-02687-F
- 22-03122-F
- 22-03292-F
- 22-03608-F

### Letters of Credit

- 22-02589-F
- 22-02690-F
- 22-03124-F

- 22-03294-F
- 22-03610-F
- 23-00059-F

**Unpaid Liabilities**

- 22-02143-F
- 22-02545-F
- 22-02688-F
- 22-03125-F
- 22-03296-F
- 22-03612-F
- 23-00060-F

**Grad PLUS and Parent PLUS loans**

- 21-02640-F

**Bankruptcy Settlements**

- 21-02268-F

(collectively the "FOIA Requests"), including the scope of any responsive records the Department intends to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

98.     By the Department's failure to respond to the FOIA Requests within the period required by law, Student Defense has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Search for Responsive Records**

99.     Student Defense repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

100.    Student Defense properly requested records within the Department's possession, custody, and control.

101.    The Department is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

102.    The Department has failed to promptly review agency records for the purpose of locating those records that are responsive to the FOIA Requests.

103.    The Department's failure to conduct adequate searches for responsive records violates FOIA.

104.    Student Defense is therefore entitled to injunctive and declaratory relief requiring the Department to promptly make reasonable efforts to search for records responsive to the FOIA Requests.

**COUNT II**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

105.    Student Defense repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

106.    Through the FOIA Requests, Student Defense properly requested records within the Department's possession, custody, and control.

107.    The Department is an agency subject to FOIA and must therefore release any non-exempt records in response to the FOIA Requests and provide a lawful reason for withholding any materials.

108.    By failing to produce documents responsive to the FOIA Requests, the Department is wrongfully withholding non-exempt agency records.

109.    The Department's failure to provide all non-exempt responsive records violates FOIA.

110.    Student Defense is therefore entitled to declaratory and injunctive relief requiring the Department to promptly produce all non-exempt records responsive to the FOIA Requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, Student Defense respectfully requests the Court to:

1.    Order the Department to conduct searches reasonably calculated to locate all records responsive to the FOIA Requests;

2.    Order the Department to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to the FOIA Requests and indexes justifying the withholding of any responsive records withheld under claim of exemption;

3.    Enjoin the Department from continuing to withhold any and all non-exempt records responsive to the FOIA Requests;

4.    Award Student Defense the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

5.    Grant Student Defense such other relief as the Court deems just and proper.

Dated: November 11, 2022                              Respectfully submitted,

*/s/ Eric Rothschild*
Eric Rothschild
D.C. Bar No. 1048877
National Student Legal Defense
Network
1701 Rhode Island Ave. NW
Washington, D.C. 20036
eric@defendstudents.org
(202) 734-7495