UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　Defendant. | Civil Action No. 22-3469 (JDB) |

# ORDER

Defendant has answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to FOIA actions. See Local Civil Rule 16.3(b)(10). The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than May 31, 2022, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 10, 2023