UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U. S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 22-3469 (JDB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated May 18, 2023, Plaintiff, National Student Legal Defense Network ("Plaintiff") and Defendant, the U.S. Department of Education ("Department" or "Defendant"), together referred to as the Parties, by and through undersigned counsel, conferred and provide the following information to the Court:

1. The Complaint alleges Defendant's failure to respond to FOIA Request Nos. 22-01567-F, 22-02544-F, 22-02687-F, 22-03122-F, 22-03292-F, 22-03608-F, 22-02589-F, 22-02690-F, 22-03124-F, 22-03294-F, 22-003610-F, 23-00059-F, 22-02143-F, 22-02545-F, 22-02688-F, 22-03125-F, 22-03296-F, 22-03612-F, 23-00060-F, 21-02640-F, and 21-02268-F.  These requests concern recertifications, letters of credit, unpaid liabilities, Grad Plus and Parent Plus loans, and bankruptcy settlements.

The following requests sought a complete listing of all institutions that were recertified as eligible to participate in Title IV, HEA programs: 22-01567-F (requesting this information for the period of December 1, 2021 – December 31, 2022); 22-02544-F (requesting this information for the period of March 1, 2022 – March 31, 2022); 22-02687-F (requesting this information for the period of April 1, 2022 – April 30, 2022); 22-03122-F (requesting this information for the period

of May 1, 2022 – June 30, 2022); 22-03292-F (requesting this information for the period of July 31, 2022 – July 31, 2022); and 22-03608-F (requesting this information for the period of August 1, 2022 – August 31, 2022).

The following requests sought a log consisting of every letter of credit held by the Department that was posted by or on behalf of any institution participating in Title VI, HEA programs: 22-02589-F (requesting this information as of March 31, 2022); 22-02690-F (requesting this information as of April 30, 2022); 22-03124 (requesting this information as of June 30, 2022); 22-03294 (requesting this information as of July 31, 2022); 22-03610 (requesting this information as of August 31, 2022); and 23-00059-F (requesting this information as of September 30, 2022).

The following requests sought a list of all unpaid liabilities owed to the Department: 22-02143-F (requesting this information as of February 28, 2022); 22-02545-F (requesting this information as of March 31, 2022); 22-02688-F (requesting this information as of April 30, 2022); 22-03125-F (requesting this information as of June 30, 2022); 22-03296-F (requesting this information as of July 31, 2022); 22-03612-F (requesting this information as of August 31, 2022); and 23-00060-F (requesting this information as of September 30, 2022)

Request No. 21-02640-F sought information concerning Grad Plus and Parent Plus loans for each of the past five years.  Request No. 21-02268-F seeks all settlements or other final agreements reached with any student loan borrower who has filed an adversary complaint in bankruptcy between March 15, 2020, and November 15, 2022, as well as certain communications mentioning bankruptcy.

2. FOIA Request Nos. 22-01567-F, 22-02544-F, 22-02687-F, 22-03122-F, 22-03292-F, 22-03608-F, 22-02589-F, 22-02690-F, 22-03124-F, 22-03294-F, 22-003610-F, 23-00059-F, 22-02143-F, 22-02545-F, 22-02688-F, 22-03125-F, 22-03296-F, 22-03612-F, 23-00060-

F, and 21-02640-F are closed, as Defendant released all responsive records to Plaintiff on March 28, 2023. FOIA Request No. 22-03608-F is in the final stages of review.

3. Defendant released all records responsive to twenty out of twenty-one of the FOIA requests (Request Nos. 22-01567-F, 22-02544-F, 22-02687-F, 22-03122-F, 22-03292-F, 22-03608-F, 22-02589-F, 22-02690-F, 22-03124-F, 22-03294-F, 22-003610-F, 23-00059-F, 22-02143-F, 22-02545-F, 22-02688-F, 22-03125-F, 22-03296-F, 22-03612-F, 23-00060-F, and 21-02640-F) to Plaintiff on March 28, 2023. The final FOIA Request, Request No. 22-03608-F, is in the final stages of review. Defendant released records responsive to FOIA Request, Request No. 22-03608-F on May 30, 2023. Plaintiff requested a Vaughn Index from Defendant which it produced on July 24, 2023. Plaintiff also asked defendant a follow up question regarding the scope of the production, which Defendant is in the process of gathering information to respond.

4. The Parties propose that they file a further status report on September 15, 2023.

Dated: July 28, 2023
Washington, D.C.

Respectfully submitted,

| | |
|---|---|
| By: _____<br>Eric Rothschild<br>Litigation Director<br>National Student Legal Defense Network<br>1701 Rhode Island Avenue, N.W.<br>Washington, DC 20036<br>Tel: 202-734-7495<br>eric@defendstudents.org\|www.defendstudents.org<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   /s/ Patricia K. McBride<br>PATRICIA K. MCBRIDE<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7123<br>patricia.mcbride@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U. S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 22-3469 (JDB) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Parties status report, it is hereby

ORDERED that the Parties shall file a further status report on September 15, 2023, to respond to the Complaint in this action.

SO ORDERED:

_____　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge