UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>   Plaintiff,<br><br> v.<br><br>U. S. DEPARTMENT OF EDUCATION,<br><br>   Defendant. | Civil Action No. 22-3469 (JDB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice. Each Party will bear the expense of its own attorney's fees.

Dated: January 5, 2024
Washington, D.C.

Respectfully submitted,

| By: _____ | MATTHEW M. GRAVES, D.C. Bar. #481052 |
|---|---|
| Eric Rothschild | United States Attorney |
| Litigation Director | |
| National Student Legal Defense Network | BRIAN P. HUDAK |
| 1701 Rhode Island Avenue, N.W. | Chief, Civil Division |
| Washington, DC 20036 | |
| Tel: 202-734-7495 | By: */s/ Patricia K. McBride* |
| eric@defendstudents.org\|www.defendstudents.org | PATRICIA K. MCBRIDE |
| | Assistant United States Attorney |
| *Attorney for Plaintiff* | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-7123 |
| | patricia.mcbride@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |